Nicholas Pellegrino

Plaintiff

Case No. 1:25-CV-10861

v.

Becton & Dickinson, Cedric Gutierrez, Kassandra Garcia

Defendants

FILED
IN CLERKS OFFICE
2025 APR 10 PM 3: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

[04/10/2025]

Honorable Myong J. Joun

United States District Judge

United States District Court for the District of Massachusetts

Request for Discovery – Witness Statements and Documents

Dear Judge Joun,

I, Nicholas Pellegrino, the Plaintiff in the above-captioned case, respectfully submit this request for discovery related to the actions of Kassandra Garcia and her alleged involvement in influencing treatment and visitation policies during the time my wife, Alexia Pellegrino, was residing at COPE House in Lynn, Massachusetts. As outlined in my previous filings, I believe that Kassandra Garcia's actions, both as a former employee of COPE House and in her personal capacity, resulted in the improper restriction of my access to my wife and interfered with her treatment.

Given the potential for obstruction of justice and interference with witness testimony, I hereby request that the court compel the following actions related to Kassandra Garcia's former colleagues and associates at COPE House:

1. Deposition of Former Colleagues and Supervisors:

I request that the court issue an order for the deposition of individuals who were employed at COPE House during the time that my wife was under care, specifically those who interacted with Kassandra Garcia or were aware of her role within the institution. The individuals I believe may have relevant information include:

• [List names of key individuals, if known]

• [Any supervisors or managers at COPE House who may have knowledge of visitation policies during that time]

2. Request for Documents and Communication:

I request that the court order the production of any internal documents, communication, or policies at COPE House from the period between [Start Date] and [End Date] related to:

• Visitation policies, specifically concerning the restriction of male visitors for patients at COPE House.

• Any communication from or involving Kassandra Garcia related to my wife, Alexia Pellegrino, including emails, notes, or meeting records.

• Internal reports or correspondence that reference my wife's case or any special treatment or restrictions that may have been placed on her care due to Kassandra Garcia's involvement.

3. Subpoena of Witnesses:

Should the depositions reveal relevant information or further witnesses, I respectfully request that the court issue subpoenas to compel testimony from additional relevant individuals who may be able to speak to Kassandra Garcia's influence on my wife's

treatment and the potential manipulation of COPE House's policies to restrict my visitation rights.

The interference in my ability to visit and support my wife, as well as Kassandra Garcia's apparent personal biases and influence at COPE House, directly relate to the broader civil conspiracy that I believe has occurred in this case. It is essential for the fair resolution of this matter that all parties involved are held accountable for their actions.

Respectfully submitted,

Nicholas Pellegrino

Plaintiff