**MOTION FOR MILITARY-GRADE PROTECTIVE IMMUNITY AND RESTRAINING ORDER**

Case No. 1:25-cv-10861-MJJ

United States District Court – District of Massachusetts

Petitioner: Nicholas Pellegrino, Pro Se

Subject: Khloé Kardashian and Family — Protective Immunity and Restraining Order Against Norwood (Ray J)

## INTRODUCTION

Petitioner Nicholas Pellegrino hereby moves this Honorable Court to grant military-grade protective immunity and an immediate restraining order for Khloé Kardashian and her minor children. This motion is justified and supported by the Petitioner's prior Notice of Advisory Request (Non-Binding) filed in this matter, formally documenting his good-faith request for Ms. Kimberly Kardashian's advisory role and by extension, the protection of her family, including Ms. Khloé Kardashian.

Given the serious reputational, physical, and legal risks faced by the Kardashians — notably related to threats stemming from third-party individuals such as Mr. Norwood (Ray J) — Petitioner seeks the highest level of court protection, including but not limited to immunity, privacy enforcement, and physical security measures.

## GROUNDS FOR MOTION

1. Advisory Clarification Statement Filed

Petitioner has documented his respectful request for Ms. Kimberly Kardashian to serve as his advisor in this matter, acknowledging no acceptance has been confirmed. This record demonstrates the Petitioner's transparency and good faith in protecting Ms. Kardashian's interests and by association, Ms. Khloé Kardashian and her children.

2. Legal Authority for Protective Orders and Immunity

Under Federal Rule of Civil Procedure 65, the Court may issue temporary restraining orders or injunctions to prevent irreparable harm. Courts have long upheld protective immunity where individuals face undue legal or reputational attack absent fault (see Harlow v. Fitzgerald, 457 U.S. 800 (1982); Pierson v. Ray, 386 U.S. 547 (1967)).

3. Right to Privacy and Protection from Harassment

Courts recognize the constitutional and statutory rights to privacy and protection from harassment (see Griswold v. Connecticut, 381 U.S. 479 (1965); Whalen v. Roe, 429 U.S. 589 (1977)). Petitioner requests that such rights be afforded to Ms. Kardashian and her family, including protective orders barring Mr. Norwood from any contact or presence in Massachusetts.

4. Good Cause and Urgency

Due to ongoing threats and reputational risks related to third-party actors, including Mr. Norwood's potential harassment and interference, there is an immediate need to prevent harm, justify restraining orders, and ensure total legal immunity and privacy.

**REQUEST FOR RELIEF**

Petitioner respectfully requests that the Court grant:

- Absolute and Indefeasible Legal Immunity for Khloé Kardashian and her children, shielding them from all legal process and inquiry related to this case.
- Top-Secret Confidentiality and Sealing of all records involving them, with contempt sanctions for unauthorized disclosure.
- Maximum Privacy Enforcement, prohibiting any disclosure of identifying information or communication.
- Restrictive Protective Orders and a TRO against Ray J (Norwood), preventing any contact or entry into Massachusetts.
- Protective Order on Ray J's Masters, placing his intellectual property under court control to prevent misuse or interference.
- Deployment of Specialized Security Detail if the Court deems necessary.
- Provision of Legal Counsel for Ms. Kardashian, fully funded by Petitioner.

**CONCLUSION**

For the foregoing reasons, Petitioner respectfully prays this Court grant the requested protections and restraining orders to safeguard the interests, safety, and reputation of Khloé Kardashian, her children, and by extension, the advisory relationship established with Kim Kardashian.

Respectfully submitted,

/s/ Nicholas Pellegrino

Petitioner, Pro Se

Courts recognize the constitutional and statutory rights to privacy and protection from harassment (see Griswold v. Connecticut, 381 U.S. 479 (1965); Whalen v. Roe, 429 U.S. 589 (1977)). Petitioner requests that such rights be afforded to Ms. Kardashian and her family, including protective orders barring Mr. Norwood from any contact or presence in Massachusetts.

4. Good Cause and Urgency

Due to ongoing threats and reputational risks related to third-party actors, including Mr. Norwood's potential harassment and interference, there is an immediate need to prevent harm, justify restraining orders, and ensure total legal immunity and privacy.

**REQUEST FOR RELIEF**

Petitioner respectfully requests that the Court grant:

- Absolute and Indefeasible Legal Immunity for Khloé Kardashian and her children, shielding them from all legal process and inquiry related to this case.
- Top-Secret Confidentiality and Sealing of all records involving them, with contempt sanctions for unauthorized disclosure.
- Maximum Privacy Enforcement, prohibiting any disclosure of identifying information or communication.
- Restrictive Protective Orders and a TRO against Ray J (Norwood), preventing any contact or entry into Massachusetts.
- Protective Order on Ray J's Masters, placing his intellectual property under court control to prevent misuse or interference.
- Deployment of Specialized Security Detail if the Court deems necessary.
- Provision of Legal Counsel for Ms. Kardashian, fully funded by Petitioner.

**CONCLUSION**

For the foregoing reasons, Petitioner respectfully prays this Court grant the requested protections and restraining orders to safeguard the interests, safety, and reputation of

Khloé Kardashian, her children, and by extension, the advisory relationship established with Kim Kardashian.

Respectfully submitted,

/s/ Nicholas Pellegrino

Petitioner, Pro Se

**NOTICE OF MORAL INTENT, PROTECTIVE CONCERN, AND INTEGRITY OF CASE**